Dear Kawa Foad, Esq

22 CR 20296

I no longer want you to represent me. Our relationship is immediately terminated. Please remove yourself from all my cases. Stop delivering messages to me about my cases through inmates! Stop threatening my family & friends! I hope you get help & I'm praying for you.

Josh Nicholas          7-14-23
08943-510              Josh Nicholas

FILED BY _____ D.C.

JAN 24 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case 1:22-cr-20296-EMG Document 89   Entered on FLSD Docket 01/24/2025   Page 2 of 2

Josh Nichols
Reg 08943-510
FCC Coleman Low B4
Coleman FL
33521
PO Box 1031

Clerk of Court
Wilkie D Ferguson Jr US Courtroom
400 N. Miami Ave Room 8
Miami, FL
33128

TAMPA FL 335
SAINT PETERSBURG FL
13 JAN 2025   PM 3   L
USA FOREVER

33128-771699